United States District Court
Southern District of Texas
**ENTERED**
September 08, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SOPC HOLDINGS EAST LLC, | § § § | CIVIL ACTION NO. 4:21-cv-01888 |
| Plaintiff, | § § § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § § § | |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

**ORDER**

This action was stayed pending entry of judgment in *Exxon Mobil Corporation v United States*, No 21-10373 (5th Cir). Dkt 16. The parties filed a status report indicating that decision by the Fifth Circuit in that action has now entered. Dkt 17. But they also advise that the periods for filing petitions for rehearing and for writ of *certiorari* have not expired. Id at 1.

The parties are ORDERED to file a report no later than fourteen days after the judgment in *Exxon Mobil Corporation v United States* becomes final, advising as to how they recommend proceeding.

SO ORDERED.


Signed on September 8, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge