# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| SOPC HOLDINGS EAST LLC, the Tax Matters Partner of MOTIVA ENTERPRISES LLC,  Plaintiff, v.  UNITED STATES OF AMERICA,  Defendant. | ) ) ) ) ) CIVIL ACTION No. 4:21-cv-01888 ) ) ) ) ) |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

Plaintiff SOPC Holdings East LLC, the Tax Matters Partner of Motiva Enterprises LLC, respectfully moves under Federal Rules of Civil Procedure 41(a)(2) and L.R. 7.2 to dismiss this matter and in support thereof states the following:

Plaintiff filed a Complaint on June 10, 2021. ECF No. 1. The Defendant has not filed an Answer or a responsive pleading in this matter. Proceedings in this case are currently stayed. ECF No. 18.

The Plaintiff respectfully requests the court to dismiss the Complaint without costs taxed to any party.

The Defendant does not oppose this motion to dismiss.

Respectfully Submitted,

Date: January 10, 2023

/s/  Kevin L. Kenworthy
Kevin L. Kenworthy (D.C. Bar No. 414887)
So. Dist. of Tx. Fed. ID No: 3385412
George A. Hani (D.C. Bar No. 451945)
So. Dist. of Tx. Fed. ID No. 3385399
Andrew L. Howlett (D.C. Bar No. 1010208)
So. Dist. of Tx. Fed. ID No. 3385407
Attorneys-in-Charge
Miller & Chevalier Chartered
900 16th Street NW
Washington, DC 20006
Tel. (202) 626-5800
Fax. (202) 626-5801
Email: kkenworthy@milchev.com
Email: ghani@milchev.com
Email: ahowlett@milchev.com

*Attorney for Plaintiffs*
*SOPC Holdings East, LLC*
*the Tax Matters Partner of Motiva*
*Enterprises LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record through ECF system on January 10, 2023.

    KARI M. LARSON
    Senior Litigation Counsel
    Tax Division
    U.S. Department of Justice
    P.O. Box 403
    Washington, D.C. 20044
    Telephone: 202-626-3822
    Facsimile: 202-307-2504
    E-mail: Kari.M.Larson@usdoj.gov

                                      /s/ Kevin L. Kenworthy
                                      Kevin L. Kenworthy